UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JANICE J. ROBBINS,

                Plaintiff,        **MEMORANDUM OF DECISION**

      - v -

                                     CV-03-5792 (NGG)(VVP)

AETNA HEALTH, INC.,

                Defendant.
-----------------------------------------------------------------x

      The parties have submitted to the court for signature a Confidentiality Stipulation and Order. The court declines to sign the order because the stipulation fails to specify the documents and information that will be subject to the order, but rather cedes to the parties the ability to determine what will be subject to the order without having to make the required showing of good cause for entry of a protective order. *See* Fed. R. Civ. P. 26(c). This ruling is without prejudice to the submission of a confidentiality order which specifies the information that will be subject to the order and, where not obvious from the description of the protected information, a statement of the reasons that satisfy the good cause requirement for the entry of a protective order.

                                                            **SO ORDERED:**
                                                            *Viktor V. Pohorelsky*
                                                             VIKTOR V. POHORELSKY
                                                             United States Magistrate Judge

Dated:       Brooklyn, New York
               July 8, 2005